# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CRENNEN and UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>DELL MARKETING L.P., ET AL.,<br><br>    Defendants. | C.A. No. 06-cv-10546-PBS |

## DEFENDANT GOVCONNECTION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, GovConnection, Inc., by and through its undersigned attorneys, hereby moves to dismiss the Plaintiff's First Amended Complaint, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The grounds for the motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein.

WHEREFORE, the Plaintiff's First Amended Complaint should be dismissed as to Defendant GovConnection, Inc. in its entirety, with prejudice.

Respectfully submitted,

 /s/ Christopher F. Robertson
Christopher F. Robertson (BBO #642094)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: (617) 946-4800
Fax: (617) 946-4801
Email: crobertson@seyfarth.com

BO1 16008708.1

        Kevin P. Connelly (pro hac vice)
        Amanda B. Weiner (pro hac vice)
        SEYFARTH SHAW LLP
        975 F Street, NW
        Suite 100
        Washington, DC 20004
        Phone: (202) 828-5374
        Fax: (202) 641-9274
        Attorneys for Defendant GovConnection, Inc.

Dated: November 23, 2009

## LOCAL RULE 7.1(a)(2) CERTIFICATE

      I hereby certify that counsel for the parties have conferred and attempted in good faith to resolve or narrow the issues presented by this motion.

          /s/Christopher F. Robertson
          Christopher F. Robertson

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on November 23, 2009, by first class mail.

          /s/Christopher F. Robertson
          Christopher F. Robertson