UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  *ex rel.* CHRISTOPHER CRENNEN, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-10546-PBS |
| v. | ) ) | |
| DELL MARKETING, L.P., et al., | ) ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America hereby respectfully notifies the Court that the Attorney General consents to dismissal of Defendant Dell Marketing, L.P. from this action with or without prejudice to Relator Christopher Crennen, and without prejudice to the United States.

Respectfully submitted,

TONY WEST
Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

  s/ Shannon Kelley
SHANNON KELLEY
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Email: Shannon.kelley@usdoj.gov

- 2 -

          s/ Jonathan H. Gold
JOYCE R. BRANDA
PATRICIA DAVIS
JONATHAN H. GOLD
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, PHB 9704
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-7123
Fax:    (202)616-3085
Email: jonathan.gold@usdoj.gov

Dated: January 25, 2010

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, if any, on this 25th day of January, 2010.

                                                                                       /s/ Shannon Kelley
                                                                                 Assistant United States Attorney